UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

EUGENE DUNCAN, for himself and on
behalf of all other persons similarly situated,

        Plaintiff,

–against–

PLANTSHED 87 CORP,

        Defendant.

21 CV 02176 (FB)(LB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

Dated: New York, New York
       November 5, 2021

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
**ATTORNEYS FOR PLAINTIFF**

1

|  |  |
|---|---|
|  | LAW OFFICES OF NOLAN KLEIN, P.A. |
|  |  |
|  | By: _____ |
|  | Nolan Klein |
|  | klein@nklegal.com |
|  | 633 S. Andrews Ave., Ste. 500 |
| Dated: NEW YORK, NY | Ft. Lauderdale, FL 33301 |
|  | Phone: 954.745.0588 |
|  | **ATTORNEYS FOR DEFENDANT** |

**So ordered.**

Dated: Brooklyn, New York        /S/ Frederic Block  11-5-2021
Frederic Block,
Senior United States District Judge

2